Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WESLEY ARMSTRONG,<br><br>   Defendant. | No. CR16-46RAJ<br><br>ORDER CONTINUING PRETRIAL MOTIONS FILING DEADLINE |

THIS MATTER comes before the court on the parties' Stipulated Motion to Continue the Deadline for Filing Pretrial Motions (Dkt. #13).  The court has reviewed the motion and the files and pleadings herein, and finding good cause,

IT IS ORDERED that the parties' Stipulated Motion to Continue the Deadline for Filing Pretrial Motions (Dkt. #13) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than April 7, 2016.

DATED this 25th day of March, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING PRETRIAL
MOTIONS FILING DEADLINE - 1